UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---

CHRISTINA SIMEONIDIS,

              Plaintiff,          21 Civ. 4179 (JGK)

     - against -              ORDER

KYLE LONG ET AL.,

              Defendants.
---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by ___8/3/___, 2021.

SO ORDERED.
Dated:    New York, New York
           August 13, 2021

                                                John G. Koeltl
                                          United States District Judge