UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CHRISTINA SIMEONIDIS,

               Plaintiff,          21 Civ. 4179 (JGK)

      - against -              AMENDED ORDER

KYLE LONG ET AL.,

               Defendants.

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by September 23, 2021.


SO ORDERED.
Dated:    New York, New York
          September 9, 2021

                                        John G. Koeltl
                                United States District Judge