UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――

CHRISTINA SIMEONIDIS,
                Plaintiff,          21-cv-4179 (JGK)

      - against -                ORDER

KYLE LONG ET AL.,
                Defendants.
―――――――――――――――――――――――――――――

JOHN G. KOELTL, District Judge:

    The Court has issued two orders directing submission of a Rule 26(f) report. ECF Nos. 15, 17. Neither has been complied with. The parties are directed to file a Rule 26(f) report by October 18, 2021, together with an explanation for why the Rule 26(f) report was not previously filed.

SO ORDERED.
Dated:    New York, New York
          October 4, 2021

                                            _____
                                               John G. Koeltl
                                        United States District Judge